**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| YULAN EDUARDO URBINA-TORRENS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 26-cv-03718-SRB |
| | ) | |
| JAMES ARNOTT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

# ORDER

Before the Court is Petitioner Yulan Eduardo Urbina-Torrens's ("Petitioner") Verified Petition for Writ of Habeas Corpus ("the Petition"). (Doc. #1.) In an Order dated October 20, 2026, the Court "grant[ed] provisional leave for Maria Rodriguez to serve as next friend, subject to Petitioner executing the Petition and filing it with the Court." (Doc. #3.)

It is hereby ORDERED that Petitioner execute the Petition and file it with the Court within fourteen (14) days from the date of this Order. The Clerk of Court is directed to mail a copy of this Order to Petitioner and to next friend Maria Rodriguez at their last known addresses.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: October 27, 2026